IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES,**

    **Plaintiff,**

**v.**                                                                                             No. 12-cv-0113 SMV/LAM

**SAMUEL E. FIELDS,**
**JOHNETTE FIELDS, and**
**N.M. DEP'T OF TAXATION & REVENUE,**

    **Defendants.**

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SERVE JOHNETTE FIELDS

THIS MATTER is before the Court on the United States' Motion for Extension of Time to Serve Johnette Fields [Doc. 7] ("Motion"), filed on June 4, 2012. Pursuant to Fed. R. Civ. P. 4(m), the Court FINDS that good cause exists for the government's failure to timely serve Defendant Johnette Fields. The Court, being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the United States' Motion for Extension of Time to Serve Johnette Fields [Doc. 7] is **GRANTED**. The United States is allowed an additional 20 days from the date of this order to serve Defendant Johnette Fields.

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**