IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES,**

    **Plaintiff,**

**v.**                                                                                           No. 12-cv-0113 SMV/LAM

**SAMUEL E. FIELDS, JOHNETTE FIELDS, and**
**N.M. DEP'T OF TAXATION & REVENUE,**

    **Defendants.**

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on its Order to Show Cause [Doc. 6], issued on May 23, 2012. The order required United States to show cause by June 6, 2012, why its case should not be dismissed. In its response, the government explained that it had not moved forward because Defendant Samuel E. Fields expressed his intention to hire counsel on behalf of himself and Defendant Johnette Fields. United States' Response to Order to Show Cause [Doc. 10] at 1–2. The government also reiterated the steps that it has taken since the issuance of the order to prosecute its claim, to wit, attempting to perfect service on Defendant Johnette Fields and moving for default against Defendant Samuel E. Fields. *Id.* The Court is satisfied that the United States is prosecuting its claim. Accordingly, the Order to Show Cause will be QUASHED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Order to Show Cause [Doc. 6] is **QUASHED**.

**IT IS SO ORDERED.**

                                                                         _____
                                                                         **STEPHAN M. VIDMAR**
                                                                         **United States Magistrate Judge**