IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES,**

    **Plaintiff,**

v.                                                                                                                                                                            No. 12-cv-0113 SMV/LAM

**SAMUEL E. FIELDS, JOHNETTE FIELDS, and**
**N.M. DEP'T OF TAXATION & REVENUE,**

    **Defendants.**

### ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO AMEND

      THIS MATTER is before the Court on United States' Unopposed Motion for Leave to File First Amended Complaint [Doc. 15], filed on June 25, 2012.  The United States seeks leave to amend its complaint in order to add a claim against Defendant Samuel E. Fields.  *Id.* at 1.  On July 5, 2012, Defendant Samuel E. Fields responded to the motion, indicating that he did not oppose the amendment.  [Samuel E.] Fields' Response to Motion for Leave to File First Amended Complaint [Doc. 18].  Because the motion is unopposed, the Court, being otherwise fully advised in the premises, FINDS that the motion is well-taken and should be GRANTED.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that United States' Unopposed Motion for Leave to File First Amended Complaint [Doc. 15] is **GRANTED**.  The United States shall file its amended complaint **no later than July 20, 2012**.

      **IT IS SO ORDERED.**

                                                                          _____
                                                                       **STEPHAN M. VIDMAR**
                                                                       **United States Magistrate Judge**