IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                         No. CIV-12-0113 WJ/LAM

SAMUEL E. FIELDS and
JOHNETTE FIELDS,

      Defendants.

## ORDER SETTING CASE MANAGEMENT STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Case Management Status Conference |
| DATE AND TIME OF HEARING: | Thursday, July 14, 2016 at 2:15 p.m.<br>(Trailing Docket – parties must be available 15 minutes prior to this time) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor, 100 N. Church, Las Cruces, NM, before U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

**The Court shall initiate the call - if the parties will be at a phone number that is different than the one listed on the Court's docket, please notify Judge Martinez' chambers by 11:00 a.m. the day before the hearing.** The Court's phones can only accommodate up to six telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

      IT IS SO ORDERED.

                                                      _/s/ Lourdes A. Martínez_
                                                      **LOURDES A. MARTÍNEZ**
                                                      **UNITED STATES MAGISTRATE JUDGE**