IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                No. CIV-12-0113 WJ/LAM

SAMUEL E. FIELDS and
JOHNETTE FIELDS,

      Defendants.

## ORDER FOR PARTIES TO FILE STATUS REPORTS

**THIS MATTER** is before the Court *sua sponte* following a status conference held on July 14, 2016, at which the *pro se* Defendants and counsel for Plaintiff were present. Based upon statements made at the status conference, the Court will require monthly joint status reports regarding the status of this case, including the status of the parties' settlement negotiations.

**IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before August 15, 2016,* advising of the status of the case, including the status of the parties' settlement negotiations.

**IS FURTHER ORDERED THAT** the parties continue to file status reports every month advising the Court of the status of the case.

**IT IS SO ORDERED.**

                                                        _____
                                                        **LOURDES A. MARTÍNEZ**
                                                        **UNITED STATES MAGISTRATE JUDGE**